UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY WILLIAM MORAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-cv-2291 |
| | : | |
| SUPERIOR COURT OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     Defendants. | : | |

# **O R D E R**

**AND NOW**, this 5th day of June, 2018, upon consideration of Plaintiff Gregory William Moran's *pro se* Complaint, ECF No. 1, and of his "Motion for $1.5 Million Settlement," ECF No. 4, it is **ORDERED THAT**:

1. Moran's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of Civil Procedure, for the reasons set forth in the Court's Opinion.

    A. To the extent Moran seeks to challenge rulings in his state cases, such claims are **DISMISSED with prejudice** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine.

    B. Moran's claims against the Superior Court of Pennsylvania brought pursuant to 42 U.S.C. § 1983 are **DISMISSED with prejudice** as an improper defendant.

    C. Any claims challenging Moran's convictions and sentences, which are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), are **DISMISSED without prejudice** to Moran's right to pursue them in a new lawsuit if and when his convictions have been invalidated.

    D. To the extent that Moran's claims against the Clerk of Court for Berks County, the "Court Clerk," and the Bossier Police Department are not barred by *Heck*, such claims are **DISMISSED without prejudice** to Moran's right to file an amended complaint, as set forth below.

2. Moran is given leave to file an amended complaint, consistent with the Opinion, **on or before July 2, 2018,** with respect to any claims that he may wish to pursue against the

Clerk of Court for Berks County, the "Court Clerk," and the Bossier Police Department, as well as any other proper individual or entity pursuant to 42 U.S.C. § 1983, to the extent such claims are not barred by *Heck*. Any amended complaint must name all of the defendants in the caption and must clearly explain how those defendants were involved in violating Moran's rights. Any amended complaint shall not pursue claims against the Superior Court of Pennsylvania or claims that challenge any convictions that have not been invalidated. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ordered.

3. Moran's "Motion for $1.5 Million Settlement," ECF No. 4, is **DENIED without prejudice**.

4. The Clerk of Court is **DIRECTED** to provide Moran a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Moran fails to timely file an amended complaint **on or before July 2, 2018**, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge