# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY WILLIAM MORAN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 18-cv-2291 |
| | : | |
| SUPERIOR COURT OF | : | |
| PENNSYLVANIA, *et al.*, | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 17th day of July, 2018, upon consideration of Plaintiff Gregory William Moran's second Motion for Leave to Proceed *In Forma Pauperis*, his *pro se* Amended Complaint, and his "Final Motion," it is **HEREBY ORDERED THAT**:

1. Moran's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 15, is **DENIED as unnecessary** because Moran has already been granted leave to proceed *in forma pauperis*.

2. The Clerk of Court is **DIRECTED** to amend the caption in this case to reflect that the following individuals as the named Defendants: (1) Probation Officer William Schults; (2) Clerk of Court for Berks County Kim Santoro; (3) Assistant District Attorney John Adams; and (4) Assistant District Attorney Mattew Thren.

3. Moran's Amended Complaint, ECF No. 16, is **DISMISSED without prejudice** to Moran's right to pursue his claims in a new lawsuit if and when his convictions are invalidated.

4. Moran's "Final Motion," ECF No. 17, is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          */s/ Joseph F. Leeson, Jr.*
                                          **JOSEPH F. LEESON, JR.**
                                          **United States District Judge**